ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
LYNN M. HARADA [C.S.B.N. 267616]
Special Assistant United States Attorney
    Social Security Administration, Region IX
    160 Spear St., Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8977
    Facsimile: 415-744-0134
    e-mail: Lynn.Harada@ssa.gov
Attorneys for Defendant

JS-6

# UNITED STATES DISTRICT COURT,
## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| KIMBERLY A. MOHR,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 5:13-cv-00186-OP<br><br>JUDGMENT OF REMAND |

    The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: 09/10/2013

                                    HON. OSWALD PARADA
                                    UNITED STATES MAGISTRATE JUDGE